**2012–1404.   HD Dev. Co. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2009–K–57, 2009–K–58, 2009–K–59, 2009–K–60, 2009–K–61, 2009–K–62, 2009–K–63, 2009–K–64, 2009–K–65, 2009–K–66, 2009–K–67, 2009–K–68, 2009–K–69, 2009–K–70, 2009–K–71, 2009–K–72, 2009–K–73, 2009–K–74, 2009–K–75, 2009–K–76, 2009–K–77, 2009–K–78, 2009–K–79, 2009–K–80, 2009–K–81, 2009–K–82, 2009–K–83, 2009–K–84, 2009–K–85, 2009–K–86, 2009–K–87, 2009–K–88, 2009–K–89, 2009–K–90, 2009–K–91, 2009–K–92, 2009–K–93, 2009–K–94, 2009–K–95, 2009–K–96, 2009–K–97, 2009–K–98, 2009–K–99, 2011–K–1042, 2011–K–1043, 2011–K–1044, 2011–K–1045, 2011–K–

1046, 2011–K–1047, 2011–K–1048, 2011–K–1049, 2011–K–1050, 2011–K–1051, 2011–K–1052, 2011–K–1053, 2011–K–1054, 2011–K–1055, 2011–K–1056, 2011–K–1057, 2011–K–1058, 2011–K–1059, 2011–K–1060, 2011–K–1061, 2011–K–1062, 2011–K–1063, 2011–K–1064, 2011–K–1065, 2011–K–1066, 2011–K–1067, 2011–K–1068, 2011–K–1069, 2011–K–1070, 2011–K–1071, 2011–K–1072, 2011–K–1073, 2011–K–1074, 2011–K–1075, 2011–K–1076, 2011–K–1077, 2011–K–1078, 2011–K–1079, 2011–K–1080, 2011–K–1081, 2011–K–1082, 2011–K–1083, and 2011–K–1084.